The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>AMY SINISCARCO,<br><br>　　　　　Defendant. | NO. CR25-052-JNW<br><br>[~~PROPOSED~~]<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Amy Siniscarco's interest in the following:

- A sum of money (also known as a forfeiture money judgment) in the amount of $1,424,696.31, representing the proceeds Defendant Siniscarco obtained from the offense of *Wire Fraud*, in violation of 18 U.S.C. § 1343.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate for the following reasons:

1. The proceeds of *Wire Fraud*, in violation of 18 U.S.C. § 1343, are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c);

Order of Forfeiture - 1
*United States v. Siniscarco,* CR25-052-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2.      In her Plea Agreement, Defendant Siniscarco agreed to forfeit, pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), the above-identified sum of money, as it reflects the proceeds she obtained from her commission *Wire Fraud*, Dkt. No 9 ¶ 15;

3.      The forfeiture of this sum of money is personal to Defendant Siniscarco and, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1.      Pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), and her Plea Agreement, Defendant Siniscarco's interest in a sum of money in the amount of $1,424,696.31 is fully and finally forfeited, in its entirety, to the United States;

2.      Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to the Defendant at the time she is sentenced; it will be made part of the sentence; and it will be included in the judgment;

3.      No right, title, or interest in the identified sum of money exists in any party other than the United States;

4.      Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this Order forfeiting the sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $1,424,696.31; and

5.      The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

DATED this 3rd day of November, 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge

Order of Forfeiture - 2
*United States v. Siniscarco,* CR25-052-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970